# UNITED STATES DISTRICT COURT

District of     Massachusetts

SBA NETWORK SERVICES, INC.,
               Plaintiff

V.

TOWN OF STOUGHTON, ZONING BOARD OF APPEALS
OF THE TOWN OF STOUGHTON, and ORLANDO
DIGIAMPIETRO, RICHARD ROMANICK, STEVEN D.
MITCHELL, and SHERMAN L. EPRO, in their
capacities as members of the Zoning Board
of Appeals of the Town of Stoughton,
               Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11006 RWZ

TO: (Name and address of Defendant)

Sherman L. Epro
5 MacArthur Street
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

5-16-05

| | |
|---|---|
| CLERK | DATE |
| (By) DEPUTY CLERK | |

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/17/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): By leaving said copies at the last and usual place of abode of the defendant Sherman L. Epro located at 5 MacArthur Street, Stoughton, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/05
_____         _____
Date                                         Signature of Server

6 Beacon Street, Suite 825
_____
Address of Server

Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.