# UNITED STATES DISTRICT COURT

District of    Massachusetts

SBA NETWORK SERVICES, INC.,
                Plaintiff

V.

TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, and ORLANDO DIGIAMPIETRO, RICHARD ROMANICK, STEVEN D. MITCHELL, and SHERMAN L. EPRO, in their capacities as members of the Zoning Board of Appeals of the Town of Stoughton,
                Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 11006 RWZ**

TO: (Name and address of Defendant)

Steven D. Mitchell
18 Commercial Street
Stoughton, MA  02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wayne F. Dennison, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____TON_____        5-16-05
CLERK                                   DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/17/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| James J. Murray | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 18 Commercial Street
Stoughton, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/17/05
              Date

Signature of Server

6 Beacon Street, Suite 825
*Address of Server*
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.