UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11006-RWZ

| | |
|---|---|
| SBA NETWORK SERVICES, INC.,<br><br>    Plaintiff<br><br>v.<br><br>TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, and ORLANDO DIGIAMPIETRO, RICHARD ROMANICK, STEVEN D. MITCHELL, and SHERMAN L. EPRO, in their capacities as members of the Zoning Board of Appeals of the Town of Stoughton,<br><br>    Defendants | DEFENDANTS' MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT (ASSENTED TO) |

Defendants hereby request that the Court enlarge the time for the filing of their response to the Complaint and that the time be enlarged to June 28, 2005. In support of this Joint Motion, defendants rely on the following.

MEMORANDUM OF REASONS

1. Plaintiff, SBA Network Services, Inc. ("SBA") is appealing under the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7), from a decision by the Town of Stoughton Zoning Board of Appeals ("ZBA") denying zoning permits to locate a proposed telecommunications facility at the property located at 125 Sampson Street, Stoughton, Massachusetts.

2. The Defendants' responsive pleading is due on June 6, 2005.

3. The parties are in the process of evaluating the case and an early settlement is possible.

4. If the parties do not reach an early settlement, the defendants will require additional time to prepare their response to the Complaint.

WHEREFORE, the defendants respectfully request that this Court allow their Motion to Enlarge Time to Respond, up to and including June 28, 2005.

ASSENTED TO:

| PLAINTIFF SBA NETWORK SERVICES, INC., | DEFENDANTS TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, ET AL. |
|---|---|
| By its attorney, | By their attorneys, |
| /s/Wayne F. Dennison<br>Wayne F. Dennison (BBO#558879)<br>Brown, Rudnick, Berlack, Isreals LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200 | /s/Brian W. Riley<br>Brian W. Riley (BBO#555385<br><br>/s/Patricia A. Cantor<br>Patricia A. Cantor (BBO#072380)<br>Kopelman and Paige, P.C.<br>  Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

252970/METG/0631