UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11006-RWZ

| | |
|---|---|
| SBA NETWORK SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, and ORLANDO DiGIAMPIETRO, RICHARD ROMANICK, STEVEN D. MITCHELL, and SHERMAN L. EPRO, in their capacities as members of the Zoning Board of Appeals of the Town of Stoughton, <br><br> Defendants | JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE |

The parties hereby move that the scheduling conference scheduled for August 11, 2005 be continued until September 15, 2005 at 2:30 p.m., at which time a scheduling conference is scheduled in a related matter, Nextel Communications of the Mid-Atlantic, Inc. d/b/a Nextel Communications v. The Town of Stoughton, et al., U.S. District Court, C.A. No. 05-CV-11164-RWZ ("Related Case"). As grounds for this Motion, the parties rely on the following:

1. The parties are involved in ongoing settlement discussions that, if successful, would make further legal proceedings unnecessary.

2. If the case is not settled, it is likely that a motion to consolidate the litigation with the Related Case, now pending in this Court, will be made.

3. It is in the interests of the parties and the Court to conserve public resources by continuing the conference at this time.

2

WHEREFORE, the parties request that the conference be continued until September 55, 2005 for same time as the Related Case.

| SBA NETWORK SERVICES, INC., | TOWN OF STOUGHTON, ET AL., |
|---|---|
| By its attorney, | By their attorneys, |
| /s/ Wayne F. Dennison | /s/ Patricia A. Cantor |
| Wayne F. Dennison (BBO#558879) | Brian W. Riley (BBO# 555385) |
| Brown, Rudnick, Berlack, Isreals LLP | Patricia A. Cantor (BBO# 072380) |
| One Financial Center | Kopelman and Paige, P.C. |
| Boston, MA 02111 |   Town Counsel |
| (617) 856-8200 | 31 St. James Avenue |
|  | Boston, MA 02116-4102 |
|  | (617) 556-0007 |

258165/60700/0631

2