UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SBA NETWORK SERVICES, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, and ORLANDO DIGIAMPIETRO, RICHARD ROMANICK, STEVEN D. MITCHELL, and SHERMAN L. EPRO, in their capacities as members of the Zoning Board of Appeals of the Town of Stoughton,<br><br>      Defendants. | Civil Action No. 05-11006 RWZ |

## JOINT STATUS REPORT CONCERNING SETTLEMENT NEGOTIATIONS

In accordance with this Court's Order entered August 10, 2005, the undersigned parties hereby jointly report that they have reached a settlement in principle subject to the final execution of an Agreement for Judgment. A draft Agreement for Judgment has been exchanged and each party has commented upon it and suggested further revisions. The parties reasonably believe that a final agreement will be reached and the Agreement for Judgment filed with this Court by the date for the scheduling conference which is September 15, 2005.

-2-

| | Respectfully submitted, |
|---|---|
| **THE TOWN OF STOUGHTON,** *et al.*, | **SBA NETWORK SERVICES, INC.,** |
| By their attorneys, | By its attorneys, |
| /s/ Patricia A. Cantor<br>Brian W. Riley (BBO #555385)<br>Patricia A. Cantor (BBO #072380)<br>**KOPELMAN & PAIGE, P.C.**<br> Town Counsel<br>31 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 556-0007 | /s/ Wayne F. Dennison<br>Wayne F. Dennison (BBO #558879)<br>**BROWN RUDNICK BERLACK ISRAELS** LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200 |

Dated: August 30, 2005