UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SBA NETWORK SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF STOUGHTON, ZONING BOARD OF APPEALS OF THE TOWN OF STOUGHTON, and ORLANDO DIGIAMPIETRO, RICHARD ROMANICK, STEVEN D. MITCHELL, and SHERMAN L. EPRO, in their capacities as members of the Zoning Board of Appeals of the Town of Stoughton, <br><br> Defendants. | Civil Action No. 05-11006 RWZ |

## AGREEMENT FOR JUDGMENT

The undersigned parties hereby stipulate and agree that:

1. Judgment shall enter in favor of plaintiff SBA Network Services, Inc. ("SBA") on Count I of the Complaint. All other Counts are dismissed with prejudice

2. Within ten (10) business days of the entry of Judgment by the Court in accordance with this Agreement for Judgment, the Defendants shall grant all necessary special permit and variance relief ("Zoning Relief") to plaintiff SBA and the three co-applicants with SBA with respect to the application to the Stoughton Zoning Board of Appeals ("ZBA") for zoning relief, specifically Bell Atlantic Mobile Massachusetts Corporation, LTD d/b/a Verizon Wireless, Sprint Spectrum L.P. d/b/a Sprint PCS and Nextel Communications of the Mid-Atlantic, Inc. for the installation and operation of personal wireless services communications equipment on and around the existing monopole at 125 Simpson Street, Stoughton, MA. Such Zoning Relief shall

13

be in the form and in accordance with the conditions set forth in Exhibit A attached hereto and incorporated herein by reference.

3. The Zoning Relief specifically authorizes SBA, subject to the structural limitations of the monopole and the requirements of the applicable provisions of the Massachusetts Building Code and any other applicable legal building or structural requirements, to allow a total of three providers of personal wireless services licensed by the Federal Communications Commission to attach to the existing monopole without additional zoning relief (i.e. by building permit only) or the payment of additional fees (except for customary and reasonable building permit application fees) and specifically includes the installation of associated equipment cabinets and necessary utility connections to allow for the installation and operation of a wireless communications facility. Defendants acknowledge that three carriers were co-applicants with SBA with respect to the request to the ZBA for zoning relief, specifically Bell Atlantic Mobile Massachusetts Corporation, LTD d/b/a Verizon Wireless, Sprint Spectrum L.P. d/b/a Sprint PCS and Nextel Communications of the Mid-Atlantic, Inc. and it is expressly agreed that these three co-applicants and any other communications providers may use the existing monopole without further zoning relief or payment of additional fees, as provided for in this Agreement for Judgment and the judgment entered by Court under this agreement.

4. Upon receipt of the Zoning Relief, SBA will tender a wire transfer in the amount of $50,000 to the Town of Stoughton, Massachusetts.

5. Concurrently with the filing of this Agreement for Judgment, the parties will prepare, execute and file a Stipulation of Dismissal with prejudice in the pending related matter

of *SBA Network Services, Inc. v. Town of Stoughton, et al*, Commonwealth of Massachusetts, Norfolk Superior Court, Civil Action, No. 05-00876.

5. This action is otherwise dismissed with prejudice, and with the parties to each bear their own costs and fees and waiving rights of appeal.

| **THE TOWN OF STOUGHTON**, *et al.*, | **SBA NETWORK SERVICES, INC.**, |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Patricia A. Cantor<br>Brian W. Riley (BBO #555385)<br>Patricia A. Cantor (BBO #072380)<br>**KOPELMAN & PAIGE, P.C.**<br> Town Counsel<br>31 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 556-0007 | /s/ Wayne F. Dennison<br>Wayne F. Dennison (BBO #558879)<br>**BROWN RUDNICK BERLACK ISRAELS** LLP<br>One Financial Center<br>Boston, MA 02111<br>617-856-8200 |

Dated: September 9, 2005

**ENTERED AND ADJUDGED:**

_____
The Honorable Rya W. Zobel,
United States District Judge

Dated: 9/19/05